**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

RECEIVED
DEC 18 2023
U.S.C.A.

| | | |
|---|---|---|
| JASON J. DOMINICK, Petitioner | : | CIVIL ACTION |
| v. | : | District Court Case No. 1:21-CV-555 |
| MARK CAPOZZA, *et al.* | : | Third Circuit No. **23-3003** |

---

## MOTION TO SUPPLEMENT PETITIONER'S APPENDIX IN HIS APPLICATION FOR CERTIFICATE OF APPEALABILITY TO INCLUDE IN FULL THE THEREIN REFERENCED SIGNED VERDICT SLIP

Petitioner seeks leave to supplement his appendix in his Application for Certificate of Appealability and represents the following.

**1.** Petitioner filed an Application for Certificate of Appealability on November 16, 2023.

**2.** "Exhibit A"[1] of the Application for Certificate of Appealability was destroyed during a routine cell search at the Pennsylvania Correctional Institution where Petitioner is being housed,[2] and was unavailable at the time of filing.

**3.** In his Application for Certificate of Appealability Petitioner referenced his § 2254 Writ of Habeas Corpus' "Exhibit A" in place of the destroyed verdict slip.

**4.** Petitioner reached out to his family members to obtain a copy of the Verdict Slip in order for Petitioner to Motion to Supplement Petitioner's appendix in his Application for Certificate of Appealability.

**5.** Petitioner received a copy of the exhibit and files the instant motion to include "Exhibit A", (the Verdict Slip), in place of "Exhibit A", (in reference to the Verdict slip in Petitioner's § 2254 Petition). True and correct copy attached within.

---

[1] Exhibit A is the signed Verdict Slip from Petitioner's 2014 trial.
[2] Petitioner is being housed at SCI Fayette.

**6.** Petitioner asks this Honorable Court to grant the motion because (1) the destruction of the only copy of the verdict slip Petitioner had was out of his control, (2) Petitioner obtained a copy of the verdict slip as quickly as possible and instantly filed this motion, (3) the verdict slip is vital to Petitioner's first issue on his (COA), (4) the verdict slip was properly admitted and fully exhausted up to this point throughout all appeal stages prior to the Application of Certificate of Appealability, and (5) Federal Rules of Appellate Procedure 10(a)(1) state that it is already apart of the record, "the original papers and exhibits filed in the district court[,]" are "items [that] constitute the record on appeal[.]"

**WHEREFORE,** Petitioner requests that this Honorable Court grant the instant *Motion to Supplement Petitioner's Appendix In His Application For Certificate Of Appealability To Include In Full The Therein Referenced Signed Verdict Slip* to include the Verdict Slip as "Exhibit A;" of which Petitioner had only referenced the verdict slip in his original (COA) as Exhibit A.

Respectfully Submitted,

Jason Dominick
LR 1159
SCI Fayette
50 Overlook Drive
La Belle, PA 15450

PROOF OF SERVICE

I, Jason Dominick, do hereby aver that copies of the enclosed Motion to Supplement Petitioner's Appendix In His Application For Certificate Of Appealability To Include In Full The Therein Referenced Signed Verdict Slip have been mailed to the below listed person(s) by First Class Mail, postage paid, on December 5, 2023. This service satisfies the requirements of the Federal Rules of Civil Procedure.

**Mark J. Powell, Esquire**
**Lackwanna County District Attorney**
**200 N. Washington Ave.**
**Scranton, PA 18503**

**United States Court of Appeals**
**For the Third Circuit**
**Clerk of Courts**
**Marcia M. Waldron**
**21400 US Courthouse**
**Philadelphia, PA 19106**

Respectfully Submitted,

Jason Dominick
LR 1159
SCI Fayette
50 Overlook Drive
La Belle, PA 15450

EXHIBIT A

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE COURT OF COMMON PLEAS OF LACKAWANNA COUNTY |
| vs. | : | CRIMINAL DIVISION |
| JASON DOMINICK, Defendant | : | NO. 13 CR 2273 |

CLERK OF JUDICIAL RECORDS CRIMINAL DIVISION 2014 MAY 10 P

**JURY VERDICT SLIP**

QUESTION 1: We, the jury in the above-captioned matter, find the Defendant, Jason Dominick, Not Guilty of murder of the first degree.

*If you find the Defendant "Guilty" in response to Question No. 1, you should not answer Question No. 2 and instead should proceed to answer Question No. 3. If you answer "Not Guilty" to Question No. 1, then proceed to answer Question No. 2.*

QUESTION 2: We, the jury in the above-captioned matter, find the Defendant, Jason Dominick, Guilty of murder of the third degree.

*Regardless of whether you answer "Guilty" or "Not Guilty" to Question No. 2, do not answer Question No. 3 and instead proceed to answer Question No. 4.*

QUESTION 3: We, the jury in the above-captioned matter, find the Defendant, Jason Dominick, Not Guilty of criminal conspiracy to commit murder of the first degree.

*If you find the Defendant "Guilty" in response to Question No. 3, you should not answer Question No. 4 and instead should sign the verdict slip and advise the bailiff that you have reached a verdict. If you answer "Not Guilty" to Question No. 3, then proceed to answer Question No. 4.*

QUESTION 4: We, the jury in the above-captioned matter, find the Defendant, Jason Dominick, Guilty, of criminal conspiracy to commit murder of the third degree.

*The verdict slip must be dated and all twelve jurors must sign the verdict slip before you advise the bailiff that you have reached a verdict.*

| | |
|---|---|
| Juror #1 Susan Barrie | Juror #7 [illegible] |
| Juror #2 [illegible] | Juror #8 [illegible] |
| Juror #3 Mary Frances [illegible] | Juror #9 [illegible] |
| Juror #4 Thomas [illegible] | Juror #10 [illegible] |
| Juror #5 [illegible] | Juror #11 Robin Dennis |
| Juror #6 [illegible] | Juror #12 Nancy [illegible] |

Dated: May 10, 2014

Jason Dominick
LR 1159
SCI FAYETTE
50 Overlook Drive
LaBelle, PA 15450

Inmate Mail
PA Departmen

DEC
U.S.C

X-RAY

Unite
U.S.
For
Eastern
Marci
21400
Philadelph

of Corrections

Season's Greetings

FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 15450 $ 002.07⁰
02 7W
0008030505 DEC 06 2023

PITTSBURGH P&DC 152
WED 06 DEC 2023 PM

IVE
8 2023
3rd. CIR

States Court of Appeals
The Third Circuit
of Courts
M. Waldron
US Courthouse
, PA 19106

ECEIVE
DEC 18 2023